## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 GJ 1182 | DATE | JULY 9, 2008 |
| CASE TITLE | US v. KEVIN McCORMICK | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

**08 CR 539**

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge ____[signature]____

DOCKET ENTRY:

**JUDGE ANDERSEN**    **MAGISTRATE JUDGE KEYS**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**FILED**
JUL 09 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy initials | Date/time received in Central Clerk's office | Number of notices / Date docketed / Docketing dpty. initials / Date mailed notice / Mailing dpty. initials | DOCKET#