Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge If Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 539-1 | **DATE** | 7/18/2008 |
| **CASE TITLE** | USA vs. Kevin McCormick | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 7/25/08. Pretrial motions to be filed by 8/8/08. Status hearing set before Judge Andersen on 8/21/08 at 10:00 a.m. Time is excluded pursuant to 18:3161(h)(1). Detention hearing held; the defendant is ordered released. Xt1 AK

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|